

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DAVID HERRERA, | § | No. 08-13-00218-CR |
| Appellant | § | Appeal from the |
| V. | § | 396th District Court |
| THE STATE OF TEXAS, | § | of Tarrant County, Texas |
| Appellee. | § | (TC# 1296382R) |
| | § | |

## MEMORANDUM OPINION

David Herrera has filed a motion to dismiss his appeal. Rule 42.2(a) permits an appellate court to dismiss a criminal appeal on the appellant's motion at any time before the court's decision. TEX.R.APP.P. 42.2(a). Finding that Appellant has complied with the requirements of Rule 42.2(a), we grant the motion and dismiss the appeal.


October 29, 2014

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Barajas, C.J. (Senior Judge)
Barajas, C.J. Senior Judge (Sitting by assignment, not participating)